**Jorge J. MAYMO–MELENDEZ,**
**Plaintiff, Appellee,**

v.

**Julio ALVAREZ–RAMIREZ; Ricardo**
**. Pacheco–Pacheco; Irba Cruz–De–**
**Batista, Defendants, Appellants,**

**Jane Doe 02CV2001; Conjugal Partner-**
**ship Alvarez–Doe; Jane Doe**
**02CV2001-2; Conjugal Partnership**
**Pacheco–Doe; John Doe 02CV2001;**
**Conjugal Partnership Doe–Cruz; Con-**
**jugal Partnership Alves–Doe; Juan**
**Alves–Rueda, Defendants.**

No. 03–1141.

United States Court of Appeals,
First Circuit.

May 4, 2004.

Charles A. Cuprill–Hernandez, Old San Juan, PR, for Plaintiff–Appellee.

Ivette M. Berrios Hernandez, Eileen Landron Guardiola, Eduardo A. Vera–Ramirez, Landron & Vera, LLP, Guaynabo, PR, Salvador J. Antonetti–Stutts, Pietrantoni, Mendez & Alvarez, San Juan, PR, for Defendants–Appellants.

Before BOUDIN, Chief Judge, TORRUELLA, SELYA, LYNCH, LIPEZ and HOWARD, Circuit Judges.

ORDER OF COURT

The panel of judges that rendered the decision in this case having voted to deny the petition for rehearing and the suggestion for the holding of a rehearing en banc having been carefully considered by the judges of the Court in regular active service and a majority of said judges not having voted to order that the appeal be reheard by the Court en banc,

It is ordered that the petition for rehearing and the suggestion for rehearing en banc be denied.